FILED

APR 3 0 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Diane Parker,                                    :

        Plaintiff                              .

        vs                          12cv3207
                                       Judge Harry D. Leinenweber
Four Seasons Hotels, Limited           Magistrate Sidney I. Schenkier

        Defendant                              :


## COMPLAINT


Diane Parker, an unrepresented Plaintiff, respectfully avers the following:


1.  Plaintiff is an individual residing at 114 Snyder Road, Venetia, Washington, County,

    Pennsylvania, 15367.

2.  Defendant, Four Seasons Hotels, Limited, is a Canadian business entity, having its main

    offices at 1165 Leslie Street, Toronto, Ontario, Canada M3C 2K8.  None of its owners are

    residents or citizens of Pennsylvania.

3.  Jurisdiction arises by virtue of 28 U.S.C. 1332 (a)(2) because the amount in controversy

    exceeds $75,000.00 and the citizenship of the parties is diverse.

4.  Defendant's registered agent for service of process is C.T. Corporation Systems, 208 S.

    LaSalle Street, Suite 814, Chicago, IL  60604.

5.  The instant COMPLAINT is being filed pursuant to an ORDER of the CIRCUIT COURT

    OF COOK COUNTY, ILLINOIS of May 5, 2011. A copy is attached below as EXHIBIT A.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MUNICIPAL DEPARTMENT, FIRST DISTRICT

DIANE PARKER,                                    :

     Plaintiff                              :

    v.                                              :                No. 09 L 4692

FOUR SEASONS HOTELS, LIMITED,     :                DIANE PARKER, PRO SE

    Defendant                            :                114 Snyder Road

............................................................:                VENETIA, PA  15367

FOUR SEASONS HOTELS, LIMITED,     :                412-596-3692

    Third Party Plaintiff              :

    v.                                              :

HBA INTERNATIONAL,                        :

    Third Party Defendant           :

............................................................:

### ORDER OF COURT

And now, this _____ day of May, 2011, on Motion of the Plaintiff, Plaintiff's complaint against defendant Four Seasons Hotels, Ltd. is hereby voluntarily dismissed, without prejudice. Plaintiff is granted leave to re-file a complaint within one year. Plaintiff's Motion for leave to file Third Amended Complaint is voluntarily withdrawn. Defendant Four Seasons Hotels, Ltd.'s third party complaint against HBA INTERNATIONAL is not dismissed. Arbitration is cancelled. Defendant's Motion to Exclude Testimony is rendered moot. Plaintiff to pay costs of $587 . The Clerk is hereby ordered and directed to mark the docket as follows:

COMPLAINT VOLUNTARILY DISMISSED, WITH LEAVE FOR PLAINTIFF TO RE-FILE A COMPLAINT WITHIN ONE YEAR.

Associate Judge James E. Snyder

MAY 05 2011

By the Court
Circuit Court - 1970

EXHIBIT A

2

6. Since the year 2005, Defendant and others subject to its control, direction, management and disposition owned, leased, and operated the furniture, fixtures, equipment, premises and hotel business collectively known as the Four Seasons Hotel, 120 East Delaware Place, and 900 North Michigan Avenue, Chicago, Illinois, 60611.

7. On or about April 28, 2007, Plaintiff was a paying guest in suite 3627 of said hotel.

8. At said time and place, suite 3627 contained a sliding glass bathroom door similar to the one shown below in EXHIBIT B.



EXHIBIT B

3

9. At said time and place, as Plaintiff slid said sliding glass bathroom door open, it exploded and shattered into sheets and pieces of glass shown below in EXHIBIT C.



EXHIBIT C

10. The force of said explosion caused Plaintiff to be thrown violently across the toilet, up against the wall and down onto the floor.

11. Said explosion and shattering of glass caused Plaintiff to sustain the following serious injuries.

   a. Herniations of two spinal intervertebral discs;

   b. Carpal tunnel syndrome, right;

   c. bruises, cuts, abrasions and contusions to various parts of her body;

   d. pain and suffering;

   e. substantial bleeding;

   f. other injuries, which might not yet have manifested themselves, and at this time cannot be more fully particularized.

12. Said explosion and shattering of glass was proximately caused by the wrongful and unlawful conduct of Defendant and others who were subject to Defendant's direction, control, and management.

13. As a direct and proximate result of said wrongful and unlawful conduct, Plaintiff has incurred the following damages:

   a. Pain and suffering;

   b. impairment of her earning capacity;

   c. the expenditure of substantial amounts of money in an effort to treat, heal and cure her injuries and restore her good health;

   d. emotional disorder;

   e. numbness and loss of full use of her right hand;

f.   other damages which have not yet manifested themselves, and cannot at this time

be more fully particularized.

WHEREFORE, Plaintiff claims compensatory damages of Defendant in an amount in excess

of $75,000.00, to recover which this suit is brought.

WHEREFORE, Plaintiff also claims punitive damages of Defendant in an amount in excess

of $75,000.00, and respectfully reserves the right to file an Amended Complaint containing

specific allegations in support thereof.

JURY TRIAL DEMANDED

Respectfully submitted,

Diane Parker          4-26-12
114 Snyder Road              Date
Venetia, PA  15267
412-596-3692

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Diane Parker, | : | |
| Plaintiff | : | |
| vs | : | CASE N0._____ |
| Four Seasons Hotels, Limited | : | JUDGE _____ |
| Defendant | : | |

## NOTICE TO PLEAD

TO:     Defendant, Four Seasons Hotels, Limited

You are required to file a responsive pleading and serve a copy of it on Plaintiff within 21 days of receiving service of a copy of the attached COMPLAINT and SUMMONS, or a default judgment will be entered against you.

Diane Parker, Plaintiff
114 Snyder Road
Venetia, PA  15267
412-596-3692
dp@johnparker.com