# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

January 6, 2017

| Before: | WILLIAM J. BAUER, Circuit Judge |
| | ILANA DIAMOND ROVNER, Circuit Judge |
| | DAVID F. HAMILTON, Circuit Judge |

CERTIFIED COPY
A True Copy
Teste:
[signature]
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| No. 16-1244 | DIANE PARKER,<br>Plaintiff - Appellant<br><br>v.<br><br>FOUR SEASONS HOTELS, LIMITED<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:12-cv-03207<br>Northern District of Illinois, Eastern Division<br>District Judge Manish S. Shah ||

    The judgment of the District Court is **REVERSED**, with costs, and the case is **REMANDED** in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)