ILND 450 (Rev. 10/13) Judgment in a Civil Action

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

FILED
MAR 08 2018
JUDGE MANISH S. SHAH
UNITED STATES DISTRICT COURT

| | |
|---|---|
| Diane Parker, <br><br> Plaintiff(s), <br><br> v. <br><br> Four Seasons Hotels, <br><br> Defendant(s). | Case No. 12-cv-03207 <br> Judge Manish Shah |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

        which ☐ includes $ pre–judgment interest.
                    ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: Judgment in favor of defendant and against plaintiff on plaintiff's claim for punitive damages. The compensatory damages award of $12,000 (after set-off) in favor of plaintiff and against defendant remains in place, with post-judgment interest accruing since 1/11/2016. Plaintiff may not recover her costs, for reasons explained by order dated 3/23/16 (Dkt. 243). Defendant may recover its costs incurred after the Rule 68 offer of judgment.

---

This action was *(check one)*:

☒ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☐ decided by Judge Manish Shah on a motion.

Date: 3/8/2018

Thomas G. Bruton, Clerk of Court
*Susan McClintic*, Deputy Clerk